UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTEM BERESNEV SERGEEVICH,<br><br>                Plaintiff,<br><br>   v.<br><br>NEKRASOV ROTISLAV DENISOVICH,<br><br>                Defendant. | CASE NO. 2:24-cv-00100-KKE<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See Sergeevich v. Denisovich*, Case No. 2:23-cv-01331-JHC (case dismissed 11/21/2023 for lack of subject matter jurisdiction).

The Clerk shall provide a copy of this Order to plaintiff and to the assigned district judge.

DATED this 25th day of January, 2024.

                                      BRIAN A. TSUCHIDA
                                      United States Magistrate Judge