UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTEM BERESNEV SERGEEVICH,<br><br>Plaintiff(s),<br>v.<br><br>NEKRASOV ROTISLAV DENISOVICH,<br><br>Defendant(s). | CASE NO. C24-00100-KKE<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On September 23, 2024, the Court ordered Plaintiff Artem Beresnev Sergeevich to file a statement by October 31, 2024, explaining why Defendant Nekrasov Rostislav Denisovich, a nonresident, is subject to specific jurisdiction in the United States. Dkt. No. 9 (explaining that the complaint does not allege facts that permit the Court to decide whether Defendant has minimum contacts with the United States). The Court notified Plaintiff that if it received no response or received information that does not support the Court's exercise of jurisdiction over Defendant, the Court will dismiss this action without prejudice.

Plaintiff did not file any response to the Court's order. Thus, the Court DISMISSES this case without prejudice. Fed. R. Civ. P. 41(b). The Clerk is directed to administratively close this case.

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

Dated this 15th day of November, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge